1042 

[No. 23781-8-III. Division Three. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY J. KERN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00350-3, Robert L. Zagelow, J., entered January 3, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 23866-1-III. Division Three. August 15, 2006.]

*In the Matter of the Relationship of* LORISSA K. COOK, *Respondent*, and STEVEN S. KEMP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06593-0, Harold D. Clarke III, J., entered March 1, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.

[No. 24201-3-III. Division Three. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY RAY MCANULTY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00016-6, Evan E. Sperline, J., entered May 3, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 24408-3-III. Division Three. August 15, 2006.]

*In the Matter of the Marriage of* MATTHEW WARREN BAIRD, *Appellant*, and LISA ELAINE BJELLAND-BAIRD, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 03-3-00041-7, Brian Altman, J. Pro Tem., entered February 9, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.